# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEONYIA JOHNSON,

    Plaintiff,

v.

MATT GARRETT,

    Defendant.

Case No. 3:18-cv-01057-JPG-RJD

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

This matter comes before the Court on the parties' responses to this Court's prior order to show cause. (*See* Docs. 17, 21, 22, 23.) The Court had asked the parties why, in light of *Younger v. Harris*, 401 U.S. 37 (1971), the Court should not dismiss this case due to the parallel state criminal proceedings rather than stay the case. Pursuant to good cause shown and the Seventh Circuit's holding in *Mulholland v. Marion Cty. Election Bd.*, 746 F.3d 811, 815 (7th Cir. 2014), the Court **GRANTS** the joint motion to stay (Doc. 17) and **STAYS** this case. The Court **ORDERS** the plaintiff to file a status report on the state criminal proceedings every three (3) months until the Court lifts the stay. Failure to file a status report may result in the dismissal of this case under Federal Rule of Civil Procedure 41(b) for failure to comply with an order of this Court.

**IT IS SO ORDERED.**

**DATED: JUNE 12, 2018**

                                                                s/ *J. Phil Gilbert*
                                                               **J. PHIL GILBERT**
                                                               **DISTRICT JUDGE**