IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEONYIA JOHNSON,

Plaintiff,

v.

MATT GARRETT,

Defendant.

Case No. 18-cv-1057 JPG

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 10/19/2022**          **MONICA A. STUMP, Clerk of Court**

                              **s/Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**